UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

CAROLINE BIRK

Debtor(s).

Case No. 10-27023-B-13J

**ORDER DENYING EXTENSION OF TIME
TO FILE DOCUMENTS**

The court having reviewed the *pro se* debtor's ex parte application for an extension of time to file certain documents, filed April 9, 2010 (Dkt. 16) (the "Application").

The relief requested in the Application requires a motion that complies with Fed. R. Bankr. P. 1007(c). That rule requires service of the motion on certain parties and a showing of cause for the extension. Here, the Application was not served on any of the parties listed in Fed. R. Bankr. P. 1007(c). Accordingly, it is hereby

ORDERED that the Application is denied without prejudice.

DATE: APR 1 4 2010

Thomas C. Holman,
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

| Caroline Birk | Jan P. Johnson | Office of the U.S. Trustee |
| General Delivery | PO Box 1708 | 501 I St #7-500 |
| Yreka, CA 96097 | Sacramento, CA 95812 | Sacramento, CA 95814-2322 |

DATED: 4/15/10

By: _____
Deputy Clerk

EDC 3-070 (New 4/21/00)